1074

[No. 15748-9-II.   Division Two.   August 10, 1995.]

EDSEN WAMBEN, *Respondent*, v. MICHAELA HARBACH,
ET AL., *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 90-2-05238-4, Robert H. Peterson, J., entered
January 17, 1992. *Affirmed* by unpublished opinion per
Seinfeld, C.J., concurred in by Morgan and Houghton, JJ.

[No. 15925-2-II.   Division Two.   August 10, 1995.]

GEORGE E. HALVERSON, *Appellant*, v. "JOHN DOE"
WILLIAMSON, ET AL., *Defendants, and* WILLIAM
WILLIAMSON, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. 85-2-00310-8, Michael G. Spencer, J.,
entered April 6, 1992. *Affirmed* by unpublished opinion
per Houghton, A.C.J., concurred in by Bridgewater and
Fleisher, JJ.

[No. 17062-1-II.   Division Two.   August 10, 1995.]

TROY R. WILLIS, *Appellant*, v. SIMPSON INVESTMENT
COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for
Mason County, No. 92-2-00224-1, James B. Sawyer II, J.,
entered March 15, 1993. *Reversed* by unpublished opinion
per Seinfeld, C.J., concurred in by Morgan and Houghton,
JJ. Now published at 79 Wn. App. 405.